441 A.2d 1213
COMMONWEALTH of Pennsylvania, Appellee,

v.

Milton DURER, Appellant.

Supreme Court of Pennsylvania.

Submitted Jan. 18, 1982.

Decided March 10, 1982.

Joseph J. Carlin (Court-appointed), Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Paul Diamond, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

The order of the Court of Common Pleas of Philadelphia is affirmed.